[No. 39347-6-II.  Division Two.  October 5, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN ANTHONY DEMBROWICZ, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 09-1-00206-6, Nelson E. Hunt, J., entered May 28, 2009. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Penoyar, C.J., and Worswick, J.

[No. 39361-1-II.  Division Two.  October 5, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAIL LEE DRAPER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 08-1-00622-5, Richard L. Brosey, J., entered May 8, 2009. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[Nos. 39515-1-II; 39523-1-II.  Division Two.  October 5, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JAVONTE MARCHE COLLETT ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Thurston County, No. 08-8-01036-7, Chris Wickham, J., entered June 24, 2009. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 39577-1-II.  Division Two.  October 5, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES MONTE STOGSDILL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-03718-4, Lisa R. Worswick, J., entered July 24, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt and Van Deren, JJ.